SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TRIPLE "R" ENTERPRISES, INC., et al<br><br>　　　　Defendants. | Case No.:  CIV. S-10-01986-FCD-KJN<br><br>**STIPULATED DISMISSAL AND ORDER**<br><br>Complaint Filed:  JULY 26, 2010 |

**IT IS HEREBY STIPULATED** by and between the parties to this action that this action be and is hereby dismissed with prejudice pursuant to FRCP 41 (a)(2).  The Parties shall bear their own costs and attorneys' fees in connection with this Lawsuit and the negotiation and preparation of this Agreement.

1 | Dated:  November 18, 2010 | /s/Jeanette Minier_____
2 | | On Behalf of Triple "R" Enterprises, Inc.,
3 | | Defendant In Pro Per
4 |
5 |
6 | Dated:  November 18, 2010 | /s/Jeanette Minier_____
7 | | Jeanette Minier,
8 | | Defendant In Pro Per
9 |
10 |
11 | Dated:  November 19, 2010 | /s/Paula Grace Alves_____
12 | | Paula Grace Alves,
13 | | Defendant In Pro Per
14 |
15 |
16 | Dated:  November 16, 2010 | DISABLED ACCESS PREVENTS
17 | | INJURY, INC.
18 |
19 | | /s/Scott N. Johnson_____
20 | | SCOTT N. JOHNSON,
    | | Attorney for Plaintiff
21 |
22 |
23 | **IT IS SO ORDERED**.
24 |
25 | Dated: November 30, 2010    _____
26 | FRANK C. DAMRELL, JR.
    | UNITED STATES DISTRICT JUDGE
27 |
28 |